McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>RAMONCHITO RACION<br><br>      Defendants. | CASE NO. 6:19-mj-00030<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |

**BACKGROUND**

Defendant Racion made an initial appearance on June 17, 2019 pursuant to an arrest warrant issued in conjunction with a Criminal Complaint. On August 28, 2019. This matter is currently scheduled for a preliminary hearing on **September 5, 2019**, following a request by the parties to continue the date. On August 28, 2019, the United States a plea offer to the defendant. The offer is contingent on the defendant entering a plea of guilty prior to indictment. Also, on or about August 22, 2019, the government made available additional discovery to the defendant. Due to the size of the discovery, defense counsel and the government are coordinating transmission of that discovery. Defense counsel has requested an additional continuance of the preliminary hearing to review discovery and speak with the defendant regarding the plea offer.

Federal Rule of Criminal Procedure 5.1(d) provides that the time limits relating to preliminary hearings may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as

1

defense counsel require time to review discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be re-set for **October 31, 2019**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **September 5, 2019** be continued to **October 31, 2019**. The parties agree to exclude time under the Speedy Trial Act from September 5, 2019 to October 31, 2019, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: August 29, 2019    By:    /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: August 29, 2019    By:    /s/ Eric v. Kersten

Eric V. Kersten
Attorney for Ramonchito Racion

2

**O R D E R**

The preliminary hearing currently set for **September 5, 2019** is continued to **October 31, 2019 at 2:00 pm before the duty magistrate**. The period from September 5, 2019 to October 31, 2019 shall be excluded under the Speedy Trial Act. The Court finds that the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **August 29, 2019**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE