| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RAMONCHITO ONIA RACION |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:20-cr-00020 NONE-SKO |
| Plaintiff, | | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | | |
| RAMONCHITO ONIA RACION, | | JUDGE: Hon. Stanley A. Boone |
| Defendant. | | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that Mr. Racion's conditions of release may be modified to permit Mr. Racion to leave his residence between the hours of 10:00 a.m. on Monday, March 9, 2020; and 11:45 p.m. on Tuesday, March 10, 2020. This modification is requested to allow Mr. Racion to attend the viewing, funeral and memorial/celebration of life for Mr. Racion's godfather, Hershel Gambrel.

The viewing for Mr. Gambrel is scheduled for Monday, March 9, 2020, from 4-8 p.m., at the Eastlawn Mortuary, located at 5757 Greenback Lane, Sacramento. The funeral service is scheduled for Tuesday, March 10, 2020, at 1:00 p.m., at the Sacramento Valley National Cemetery, located at 5810 Midway Road, Dixon. A memorial/celebration of life will then begin at 2:30, at the Four Points Sheraton Hotel located at 4900 Duckhorn Drive, in Sacramento.

Mr. Racion will be travelling with his family, and they will spend Monday night at the Gambrel residence, located at 3735 Gresham Lane in Sacramento.

Ira White, Mr. Racion's third party custodian, will be present with Mr. Racion throughout March 9 and March 10, 2020, and Mr. White will insure that Racion has no contact with minors outside his presence. All other conditions of Mr. Racion's pretrial release shall remain in full force and effect.

Mr. Racion's supervising pretrial services officer, Ali Mirgain, has advised counsel that Pretrial Services investigated the proposed stipulation and verified with the defendant's custodian that he will be with the defendant the entire time. The defendant remains in compliance and Pretrial Services would defer to the court.

Pursuant to the existing Order Setting Conditions of Release, Mr. Racion is subject to home detention. Condition 7(l) currently provides:

> HOME DETENTION: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO

Docket No. 12, p.2.

//

Based on the foregoing, the parties respectfully request that the Court modify Mr. Racion's conditions of release to allow Racion to travel to Sacramento on March 9 and 10, 2020; to allow Mr. Racion to attend the viewing, funeral and memorial/celebration of life for Hershel Gambrel. The proposed modification will permit Mr. Racion to leave his residence between the hours of 10:00 a.m. on Monday, March 9, 2020; and 11:45 p.m. on Tuesday, March 10, 2020; provided that Racion remains in the presence of his third party custodian, Ira White.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 5. 2020 /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 5, 2020 /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAMONCHITO ONIA RACION

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(I) of the Order Setting Conditions of Pretrial Release for Ramonchito Onia Racion as set forth above.

IT IS SO ORDERED.

Dated: **March 5, 2020**

UNITED STATES MAGISTRATE JUDGE