1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
RAMONCHITO ONIA RACION

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00020 NONE-SKO

12 | Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER THEREON

13 | vs.

14 | RAMONCHITO ONIA RACION, | JUDGE:  Hon. Erica P. Grosjean

15 | Defendant.

16

17

18 | **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19 | counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant

20 | Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that Mr. Racion's

21 | conditions of release may be modified to replace the existing home detention condition with a

22 | curfew condition. (See Doc.12, p.2, condition 7(l).)

23 | On June 24, 2019 Ramonchito Racion was granted pretrial release on conditions

24 | including home detention. Mr. Racion has been subject to home detention for more than 11

25 | months, with no violations. He is participating in counseling, reporting as directed, and has been

26 | compliant with his release conditions. Mr. Racion's supervising Pretrial Services Officer, Ali

27 | Mirgain, fully supports the proposed modification of Racion's release conditions.

28 | ///

1    As amended, Mr. Racion's Location Monitoring Condition, 7(l), shall be modified to

2   delete the home confinement condition, and replace it with a curfew condition. As amended,

3   condition 7(l) shall require that Mr. Racion:

4            participate in the following Location Monitoring program component
             and abide by all the requirements of the program, which will include
5            having a location monitoring unit installed in your residence and a radio
             frequency transmitter device attached to your person. You must comply
6            with all instructions for the use and operation of said devices as given to
             you by the Pretrial Services Agency and employees of the monitoring
7            company. You must pay all or part of the costs of the program based
             upon your ability to pay, as determined by the PSO **CURFEW:** You
8            must remain inside your residence every day from 7:00 PM to 7:00AM,
             or as adjusted by the pretrial services officer for medical, religious
9            services, employment or court-ordered obligations.

10

11       All other release conditions of Mr. Racion's pretrial release shall remain in full force and

12   effect.

13

14                                        Respectfully submitted,

15                                        McGREGOR W. SCOTT
                                          United States Attorney

16

17   Date: May 29. 2020                  */s/ Michael Tierney*
                                          MICHAEL TIERNEY
18                                        Assistant United States Attorney
                                          Attorney for Plaintiff

19

20                                        HEATHER E. WILLIAMS
21                                        Federal Defender

22   Date: May 29, 2020                  */s/ Eric V. Kersten*
                                          ERIC V. KERSTEN
23                                        Assistant Federal Defender
                                          Attorney for Defendant
24                                        RAMONCHITO ONIA RACION

25

26

27

28

Racion: Stipulation to Modify Pretrial
Release Conditions; Proposed Order

2

1

**O R D E R**

2

     Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(l) of

3

the Order Setting Conditions of Pretrial Release for Ramonchito Onia Racion [doc.12], as set

4

forth above.

5

6

IT IS SO ORDERED.

7

    Dated:   **June 1, 2020**               /s/ _Erica P. Grosjean_

8

                                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Racion: Stipulation to Modify Pretrial
Release Conditions; Proposed Order