HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMONCHITO ONIA RACION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMONCHITO ONIA RACION,<br><br>Defendant. | Case No. 1:20-cr-00020 NONE-SKO<br><br>STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE; ORDER<br><br>DATE:   July 31, 2020<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that the existing motion briefing schedule may be modified, with the July 31, 2020 hearing date remaining unchanged.

On May 13, 2020 a motion briefing schedule was set with motions due June 15, 2020; opposition due July 6, 2020; any reply due July 20, 2020; and the motion hearing before the Hon. Dale A. Drozd on July 31, 2020. (Doc. 40). To better accommodate the schedule of defense counsel the parties request a new briefing schedule with motions due June 22, 2020; opposition due July 15, 2020; any reply due July 20, 2020; and the motion hearing remaining unchanged, on July 31, 2020.

Time has previously been excluded. Out of an abundance of caution the parties agree that delay resulting from this request shall be excluded in the interest of justice, for effective defense investigation and preparation, and ruling on the motions pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 10. 2020

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 10, 2020

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAMONCHITO ONIA RACION

**O R D E R**

IT IS SO ORDERED.

Dated:   **June 10, 2020**

UNITED STATES DISTRICT JUDGE

Racion: Stipulation to Modify Motion
Briefing Schedule; Proposed Order