HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMONCHITO ONIA RACION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RAMONCHITO ONIA RACION,<br><br>　　　　　　　Defendant. | Case No. 1:20-cr-00020 NONE-SKO<br><br>STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE; [PROPOSED] ORDER<br><br>DATE:　October 30, 2020<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that the existing motion briefing schedule may be modified, with the October 30, 2020 hearing date remaining unchanged.

　　　　On August 17, 2020 a motion briefing schedule was set with motions due September 11, 2020; opposition due October 9, 2020; any reply due October 16, 2020; and the motion hearing before the Hon. Dale A. Drozd on October 30, 2020. (Doc. 50). To better accommodate the schedule of defense counsel the parties request a new briefing schedule with motions due September 18, 2020; opposition due October 16, 2020; any reply due October 23, 2020; and the motion hearing remaining unchanged, on October 30, 2020.

1    Time has previously been excluded. Out of an abundance of caution the parties agree any
2 delay resulting from this request shall be excluded in the interest of justice, for effective defense
3 investigation and preparation, and ruling on the motions pursuant to 18 U.S.C. §§ 3161(h)(1)(D),
4 (h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 24. 2020

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 24, 2020

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAMONCHITO ONIA RACION

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 24, 2020**

UNITED STATES DISTRICT JUDGE