1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    RAMONCHITO ONIA RACION

7



8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:20-cr-00020 NONE-SKO

12          Plaintiff,                   STIPULATION TO MODIFY CONDITIONS
                                         OF PRETRIAL RELEASE; ORDER
13  vs.

14  RAMONCHITO ONIA RACION,              JUDGE: Hon. Erica P. Grosjean

15          Defendant.

16

17         **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant

19  Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that Mr. Racion's

20  conditions of release may be modified to permit Mr. Racion, who is a professional chef, to cater

21  a family gathering at the residence of his brother, Edgardo Racion.

22         Defendant Racion's conditions of pretrial release include a 7:00 pm to 7:00 am curfew.

23  He requests that his curfew be modified for the evening of Saturday, September 26 only, to allow

24  him to cater a family gathering celebrating his mother's birthday, to occur at Edgardo Racion's

25  residence, located at 1246 Avalon Drive in Merced.  Ira White, defendant Racion's third party

26  custodian, will be present at the gathering and will insure that Racion has no contact with minors

27  outside Mr. White's presence. All other conditions of Mr. Racion's pretrial release shall remain

28  in full force and effect. Mr. Racion's supervising pretrial services officer, Ali Mirgain, has

1  advised counsel she does not object to the proposed modification.

2  Pursuant to the existing Order Setting Conditions of Release, Mr. Racion is subject to a curfew. Condition 7(l) provides:

> CURFEW: You must remain inside your residence every day from 7:00 PM to 7:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

Doc. 42, p.2.

Based on the foregoing, the parties respectfully request that the Court modify condition 7(l) to allow defendant Racion to attend a family gathering at the residence of Edgardo Racion, located at 1246 Avalon Drive, in Merced, California, between the hours of 7:00 PM and 12:00 AM on September 26, 2020.

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

Date: September 23, 2020         /s/ Michael Tierney
                                 MICHAEL TIERNEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 23, 2020         /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RAMONCHITO ONIA RACION

## ORDER

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(I) of the Order Setting Conditions of Pretrial Release for Ramonchito Onia Racion as set forth above.

Dated: September 23, 2020

Hon. Erica P. Grosjean
Judge, United States District Court

Racion: Stipulation to Modify Pretrial
Release Conditions; Proposed Order

2