HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMONCHITO ONIA RACION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMONCHITO ONIA RACION,<br><br>Defendant. | Case No. 1:20-cr-00020 NONE-SKO<br><br>**STIPULATION TO CONTINUE MOTION HEARING; ORDER**<br><br>DATE:  December 18, 2020<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that the hearing on Defendants Motion to Dismiss may be continued to December 18, 2020. It is further stipulated that supplemental briefing may be filed by December 4, 2020; and any response to the supplemental briefing may be filed by December 11, 2020.

On September 14, 2020 defendant filed a motion to dismiss both counts of a two count indictment the indictment (doc.56); on October 9, 2020 the government filed an opposition (doc. 59); and on October 27 defendant filed an amended reply to the government's opposition (doc. 62). A hearing on the motion is currently set for November 19, 2020.

1   On November 5, 2020 the government filed a three count superseding indictment, and
2   Mr. Racion requires additional time to file supplemental briefing addressing the superseding
3   indictment.

4   Time has previously been excluded through ruling on the motion. The parties agree any
5   delay resulting from this request shall be excluded in the interest of justice, for effective defense
6   investigation and preparation, unavailability of counsel, and ruling on the motions pursuant to 18
7   U.S.C. §§ 3161(h)(1)(D), (h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 9. 2020         */s/ Michael Tierney*
                               MICHAEL TIERNEY
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 9, 2020         */s/ Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               RAMONCHITO ONIA RACION


**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated:   **November 10, 2020**                    _____
                                                  UNITED STATES DISTRICT JUDGE

Racion: Stipulation to Continue
Hearing on Motion to Dismiss

2