HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMONCHITO ONIA RACION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00020 NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE;  ORDER |
| vs. | |
| RAMONCHITO ONIA RACION, | JUDGE:  Hon. Sheila K. Oberto |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that Mr. Racion's conditions of release may be modified to permit Mr. Racion, who is a professional chef, to cater a family gathering at the residence of his brother, Edgardo Racion.

Defendant Racion's conditions of pretrial release include a 7:00 pm to 7:00 am curfew. He requests that his curfew be modified for the evening of Saturday, September 25, 2021 only, to allow him to cater a family gathering celebrating his mother's birthday, to occur at Edgardo Racion's residence, located at 1246 Avalon Drive in Merced.  Ira White, defendant Racion's third party custodian, will be present at the gathering and will insure that Racion has no contact with minors outside Mr. White's presence. All other conditions of Mr. Racion's pretrial release shall remain in full force and effect. Mr. Racion's supervising pretrial services officer, Ali

Mirgain, has advised counsel she does not object to the proposed modification.

Pursuant to the existing Order Setting Conditions of Release, Mr. Racion is subject to a curfew. Condition 7(l) provides:

> CURFEW: You must remain inside your residence every day from 7:00 PM to 7:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

Doc. 42, p.2.

Based on the foregoing, the parties respectfully request that the Court modify condition 7(l) to allow defendant Racion to attend a family gathering at the residence of Edgardo Racion, located at 1246 Avalon Drive, in Merced, California, between the hours of 7:00 PM and 12:00 AM on September 25, 2021.

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

Date: September 23, 2021     /s/ Michael Tierney
                             MICHAEL TIERNEY
                             Assistant United States Attorney
                             Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 23, 2021     /s/ Eric V. Kersten
                             ERIC V. KERSTEN
                             Assistant Federal Defender
                             Attorney for Defendant
                             RAMONCHITO ONIA RACION

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(I) of the Order Setting Conditions of Pretrial Release for Ramonchito Onia Racion as set forth above.

Dated: 9/23/2021

*Sheila K. Oberto*
Hon. Sheila K. Oberto
Judge, United States District Court

Racion: Stipulation to Modify Pretrial
Release Conditions;

2