PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                   v.<br><br>RAMONCHITO RACION<br><br>                            Defendant. | CASE NO.  1:20-CR-00020-NONE-SKO<br><br>STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET STATUS CONFERENCE |

### BACKGROUND

This matter is currently scheduled for a status conference on **December 7, 2021.**  The parties have been preparing for trial but require additional time to complete trial preparation due to unforeseen medical circumstances.  The parties therefore request that the Court vacate the current trial date and set a status conference/trial setting conference on **January 7, 2022**.  Counsel agree that time between the current trial date of **December 7, 2021** and **January 7, 2022** should be excluded under the Speedy Trial Act.  The parties agree the delay resulting from this request may be excluded in the interests of justice, for effective defense investigation and preparation, and for availability of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

A proposed order appears below.

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the trial date of December 7, 2021 shall be VACATED. A trial setting/status conference shall be set on January 7, 2022. Time shall be excluded from December 7, 2021 to January 7, 2022 under the Speedy Trial Act for effective defense investigation and preparation, and for availability of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 22, 2021         By:      /s/ Michael G. Tierney
                                          Michael G. Tierney
                                          Justin J. Gilio
                                          Assistant United States Attorneys


DATED: November 22, 2021         By:      /s/ Eric V. Kersten
                                          Eric V. Kersten
                                          Erin M. Snider
                                          Assistant Federal Defenders
                                          Attorneys for Ramonchito Racion

## O R D E R

IT IS SO ORDERED.

Dated:   **November 23, 2021**          _____
                                        UNITED STATES DISTRICT JUDGE

2