HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMONCHITO RACION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RAMONCHITO RACION,<br><br>　　　　　　　Defendant. | Case No. 1:20-cr-00020-JLT-SKO<br><br>STIPULATION TO ALLOW VIDEO TESTIMONY |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Justin Gilio and Michael Tierney, counsel for plaintiff, and Assistant Federal Defenders Eric Kersten and Erin Snider, counsel for Ramonchito Racion, that defense witness Mayuresh Shivalkar may testify at trial via Zoom.

　　　　The parties agree and request that the Court make the following findings:

　　　　1.　　Mr. Shivalkar currently resides in Mumbai, Maharashtra. Due to Mr. Shivalkar's residence in a foreign country, he is beyond the Court's subpoena power. Although he is not under subpoena, Mr. Shivalkar has agreed to appear and testify at trial via the Zoom application.

　　　　2.　　The parties agree that the use of video testimony furthers Mr. Racion's ability to fully present his defense, as Mr. Shivalkar personally witnessed Mr. Racion's movements on June 8, 2019..

　　　　3.　　The Zoom application will allow Mr. Shivalkar to provide live, two-way video

testimony. He will testify under oath; the government will have a full opportunity for contemporaneous cross-examination; and the Court, jury, and parties will be able to view his demeanor as he testifies via Zoom.

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

DATED:  September 14, 2022

/s/ Justin J. Gilio
JUSTIN J. GILIO
MICHAEL G. TIERNEY
Assistant United States Attorneys
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  September 14, 2022

/s/ Erin M. Snider
ERIN M. SNIDER
ERIC V. KERSTEN
Assistant Federal Defenders
Attorneys for Defendant
RAMONCHITO RACION

# **O R D E R**

Based on the parties' stipulation, the Court finds that the use of live, two-way video testimony is necessary to enable the defendant to present his defense. The Court further finds that the proposed procedure adequately ensures the reliability of the testimony. Accordingly, the Court hereby authorizes defense witness Mayuresh Shivalkar to testify at trial via Zoom.

IT IS SO ORDERED.

Dated:  **September 15, 2022**

UNITED STATES DISTRICT JUDGE