HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ramonchito Racion

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>RAMONCHITO RACION,<br><br>*Defendant.* | No. 1:20-cr-00020 JLT<br><br>STIPULATION TO CONTINUE SENTENCING, [PROPOSED] ORDER THEREON<br><br>Date:  February 17, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL G. TIERNEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ramonchito Racion, that sentencing may be continued to February 17, 2023, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for January 20, 2023. It is further stipulated that the sentencing schedule may be modified as follows.

| | |
|---|---|
| Judgment and Sentencing Date: | February 17, 2023 |
| Reply or Statement of Non-Opposition: | February 10, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 3, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 27, 2023 |

| | |
|---|---|
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 13, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | December 23, 2022 |

This continuance is requested to accommodate the leave and trial schedules of counsel and the United States Probation Office. The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

PHILLIP A. TALBERT
United States Attorney

DATED: November 18, 2022       By:   /s/ *Michael G. Tierney*
                                     MICHAEL G. TIERNEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 18, 2022       By:   /s/ *Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Ramonchito Racion

**O R D E R**

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **November 21, 2022**

UNITED STATES DISTRICT JUDGE