HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ramonchito Racion

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>RAMONCHITO RACION,<br><br>*Defendant.* | No. 1:20-cr-00020 JLT<br><br>STIPULATION TO CONTINUE SENTENCING, ORDER THEREON<br><br>Date: March 6, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL G. TIERNEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ramonchito Racion, that sentencing may be continued to March 6, 2023, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for February 21, 2023.

This continuance is requested to allow additional time for the defense to engage in additional investigation and preparation necessary for sentencing.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

///

///

3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A .TALBERT<br>United States Attorney |
| DATED: February 6, 2023 | By: /s/ *Michael G. Tierney*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 6, 2023 | By: /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ramonchito Racion |

**O R D E R**

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **February 6, 2023**                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE