# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>   Plaintiff-Appellee,<br><br>v.<br>RAMONCHITO RACION,<br><br>   Defendant-Appellant. | D.C. No. 20-cr-00020-JLT-SKO<br>Eastern District of California<br><br>Ninth Cir. Case No. 23-00431<br><br>**ORDER** |

  This Court appointed Johanna S. Schiavoni, Esq., as counsel for defendant-appellant Ramonchito Racion pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on April 19, 2023, in Ninth Circuit Case No. 23-00431

  On September 5, 2023, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" before this Court. Having considered the motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents filed "under seal" is granted.

  The Clerk shall serve on defendant-appellant's counsel a copy of district court docket nos. 93, 94, 130, 131, and 132.

IT IS SO ORDERED.

 Dated: **September 6, 2023**

                    */s/ Jennifer L. Thurston*
                    UNITED STATES DISTRICT JUDGE